John Bel Edwards
GOVERNOR



Rebekah E. Gee MD, MPH
SECRETARY

# State of Louisiana
Louisiana Department of Health
Office of Public Health

August 2, 2016

Hon. Thomas L. Sullivan, Jr.
Livingston Parish Clerk of Court - Civil Division
P.O. Box 1150
Livingston, Louisiana. 70754

Re: Paul Dan Scheppf vs. Diana Rosa Baku
21st Judicial District - Civil Court
Division "J" Docket #151,131

Dear Mr. Sullivan:

On May 11, 2016, 21st Judicial District Court Judge, Jeffrey C. Cashe, issued a Judgment in the above referenced case recognizing Paul Dan Scheppf (DOB: May 5, 1952) the natural and legal father of Kimberly Juliana Baku Scheppf (DOB: March 1, 2006). Judge Cashe further ordered that a true certified copy of his order and the birth certificate of Kimberly Juliana Baku Scheppf; the documents from the United States Department of State, acknowledging and recognizing the authenticity of the birth certificate of Kimberly Juliana Baku Scheppf, to be given full faith and credit, in which Paul Dan Scheppf, a native of Louisiana and resident of Livingston Parish is the natural and legal father of this child, be filed and recorded with the Louisiana Bureau of Vital Statistics forthwith.

This is to advise that pursuant to LA R.S. 40:34(F) and the Order of Judge Cashe, these documents have now been duly filed and recorded in the Central Paternity Repository of the Louisiana Bureau of Vital Statistics pursuant to 42 U.S.C. 666(a)(5)(M) and are now permanently official state records in compliance with the court order and the laws of the State of Louisiana.

Lastly, please ascertain that this original mailed to you is filed into the official record of Judgment in the above referenced case #151,131 to complete and close the record. We are retaining a copy of this letter in our central paternity repository with this filing for any and all future reference and archive. We are also mailing, for their records, duplicate originals to:

1) Paul Dan Scheppf, Ph.D. REP (RET), 31975 Tetanne Drive, Springfield, La. 70462.
2) Attorney Leslie N. Bankston, P.O. Box 2204, Albany, La. 70711.
3) Attorney Ellyn J. Clevenger, P.O. Box 95, Albany, La. 70711.

Feel free to contact me directly at (504) 593-5180 if my office can be of any further assistance.

Regards,

Devin George, MPRA
State Registrar and Director

Bureau of Vital Records and Statistics • P.O. Box 60630 • New Orleans, Louisiana 70160
Phone: (504) 593-5100 • Fax: (504) 568-8716 • www.vitalrecords.dhh.la.gov
*An Equal Opportunity Employer*

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this _____ 20__
_____
Deputy Clerk of Court

Plaintiff's Exhibit "C"

TWENTY-FIRST JUDICIAL DISTRICT COURT

PARISH OF LIVINGSTON

STATE OF LOUISIANA

NUMBER: 151,131                                           DIVISION: "J"

PAUL DAN SCHEPPF

VERSUS

DIANA ROSA BAKU

FILED_____ DEPUTY CLERK_____

### Judgment

This cause came to be heard in open court on the 11th day of May, 2016, before the Honorable Jeffrey C. Cashe, pursuant to Plaintiff's *Petition for Judgment of Filiation*. Present in open court were Plaintiff, Paul Dan Scheppf, and his attorney of record, Leslie N. Bankston. The Defendant, Diana Rosa Baku, the natural mother of the minor child, was not present but was represented by her court-appointed attorney, Ellyn J. Clevenger.

After the conclusion of the trial, hearing the arguments of counsel, and considering the law and evidence, the court rendered judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Paul Dan Scheppf (DOB: May 5, 1952) is hereby recognized as the natural and legal father of the minor child, Kimberly Juliana Baku Scheppf (DOB: March 1, 2006).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that a true certified copy of this **ORDER** and the birth certificate of Kimberly Juliana Baku Scheppf; the documents from the United States Department of State, acknowledging and recognizing the authenticity of the birth certificate of Kimberly Juliana Baku Scheppf, to be given full faith and credit, in which Paul Dan Scheppf, a native of Louisiana and resident of Livingston Parish is the natural and legal father of this child, be filed and recorded with the Louisiana Bureau of Vital Statics forthwith.

**RENDERED, READ, AND SIGNED** in Livingston, Louisiana on the 11th day of May, 2016.

                                           _____
                                           JUDGE JEFFREY C. CASHE
                                           21ST Judicial District Court

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this August 30, 2016
_____
Deputy Clerk of Court

Exhibit B

Respectfully Submitted:

BANKSTON LAW FIRM, LLC

_____
Leslie N. Bankston, #35433
29937 South Montpelier Road
Post Office Box 2204
Albany, Louisiana 70711
Telephone: (225) 209-1500
Facsimile: (225) 209-1600
*Attorney for Paul Dan Scheppf*

Approved as to Form:

_____
Ellyn J. Clevenger, #
18983 Florida Boulevard
Post Office Box 95
Albany, Louisiana 70711
Telephone: (225) 567-9060
Facsimile: (225) 567-6384
*Court- Appointed Attorney for Diana Rosa Baku*

PLAINTIFF's Exhibit B

15028019-12

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the District of Columbia, and that such Seal is entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

**TRUE CERTIFIED COPY**

**AUTHENTICATED**

In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this ninth day of April, 2015.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

Exhibit A

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this August 30, 2016
_____
Deputy Clerk of Court

PLAINTIFFS
EXHIBIT A
in globo

No. 587517

# District of Columbia



Washington, D.C., APRIL 6, 20 15

## To all whom these presents shall come, Greeting:

**I certify** that NEBEL ACHBEZEF

whose name is signed to the accompanying paper; is now, and was at the time of signing the same, a Notary Public in and for the District of Columbia duly commissioned and qualified.

**In witness whereof,** I, JUDI GOLD

Chief, Notary and Authentication Section of the District of Columbia, have hereunto caused the Seal of the District of Columbia to be affixed on the day and year first above written.

*Judi Gold*
Chief, Notary and Authentication Section

8-3617

**TRUE CERTIFIED COPY**   **AUTHENTICATED**



# CERTIFICATION

I, *Ronald Green* hereby certify that the attached documents pertaining to *Ramsey L* is a true copy of the original document to the best of my knowledge and belief.

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this ___ day of _April_, 2015.

Nebel Achbezef, Notary Public, D.C.
My commission expires June 30, 2018.

**TRUE CERTIFIED COPY**     **AUTHENTICATED**

[Bar code]
A46D47B5-73E4013A-C2D2DAF1-F69DDCC6-4DF4C1E6

[Emblem]
REPUBLIC OF ANGOLA
CIVIL REGISTRY
7TH REGISTRY OFFICE OF LUANDA

### Certification

This is a reproduction of Birth Certificate No. 1262 of the year 2009, Book No. 8, Folio No. 25 of the 7th REGISTRY OFFICE OF THE CIVIL REGISTRY OF LUANDA and conforms to the original. It is signed and authenticated with the white seal in use by this Registry Office.

I substituted Certification of the Full Copy.

Journal No. 45346/2012

Date: 11/22/2012 5:32:52 pm

O/A Adjunct Registrar, Rosa Adriana Rodrigues da Costa
[signature]

Invoice:
| | |
|---|---|
| Fees | 2,920.00 Kz |
| Article | — |
| C.G.J. | 876.00 Kz |
| Reimbursement | 22.00 Kz |

### CERTIFICATE OF ACCURACY

Rafael Navaro, being duly sworn, deposes and say, I am fluent in both the English and Portuguese languages. I am competent to translate from Portuguese to English. I have made the above translation from a copy of the original document in the English language and herby certify that the same is true and complete translation to the best of my knowledge, ability, and belief.

Nebel H. Achbezef

District of Columbia: SS.
Subscribed and sworn to before me, in my presence, this 2nd day of APRIL 2015
Nebel Achbezef, Notary Public, D.C.
My commission expires June 30, 2018.



**TRUE CERTIFIED COPY**    **AUTHENTICATED**

Birth Certificate                                   Folio 25

*No.* One Thousand Two Hundred Sixty-two

*At* Ten *hours* forty-five *minutes* PM *on the* First *day of* March *of* Two Thousand Six, *WAS BORN* in Luanda, *county of* Ingombota, *municipality of* Ingombota, *province of* Luanda *an individual of the* feminine *sex to whom the proper name of* Kimberly Juliana *and family name of* Baku Scheppf, *child of* Paul Don Scheppf, single, engineer *by profession, native of* Louisiana, United States of America *and* Diana Rosa Baku, single, [blank] *by profession, native of* Cabinda, *county of* [blank], *municipality of* Cabinda *and residing* in Luanda in the district of Ingombota.

*Paternal grandparents:* Paul Pierre Scheppf and Shirley Ruth Smith
*Maternal grandparents:* Baku Isidoro and Ikawa Margarita

*This certificate issued on the basis of* the declaration given by the parents of the child.

*After having read* [illegible] *and reviewed it will be signed* by the informants.

*and by me* Fatima [illegible] Caluso, Registrar
*at* Nine *hours and* Fifty *minutes on the* Twenty-fourth *day of* July *of* Two Thousand Nine *in this* [illegible] *of the Civil Registry of* Luanda.

[signed]
Paul Don Scheppf
Diana Rosa Baku

[illegible signature]

*Registered in the (Journal) under number* 1341

*Certificate No.* 1262

Kimberly Juliana Baku Scheppf

*Registry* [blank]          *Series* [blank]

*Document No.* 1262         *Bundle No.* [blank]

ENDORSEMENTS:


**TRUE CERTIFIED COPY**

**AUTHENTICATED**



A46D47B5-73E4013A-C2D2DAF1-F69DDCC6-4DF4C1E6

## Assento de Nascimento

Fl. 25

N.º mil duzentos sessenta dois

Às doze horas [illegible] minutos do dia um de Março de dois mil e [illegible], em [illegible] nasceu Luanda, comuna de [illegible], Município de [illegible], Província de Luanda, um indivíduo do sexo feminino, a quem foi posto o nome próprio de Kimberly Juliana e de família Baku Schepff

filho de Paul Von Schepff, no estado de solteiro, de profissão [illegible], natural de Rodesiana Estado Unidos, comuna de América, município d —

e de Nana Rosa Baku, no estado de solteira, de profissão —, natural d Cabinda, comuna d —, município d Cabinda, e residentes em Luanda no bairro [illegible] [illegible]

Neto paterno de Paul Pierre Schepff e de Schirley [illegible] e materno de Baku Indora e de Maria Margarida

Este assento lavrado com base na declaração prestada pelos pais da registanda

depois de lido [illegible] e conferido vai ser assinado pelos declarantes

e por mim [illegible] [illegible] Caluza [illegible] às [illegible] horas e [illegible] minuto do dia [illegible] de Julho de dois mil e [illegible] do Registo Civil de [illegible]

x Paul Von Schepff
x [illegible] Rosa Baku

Registado no (Diário) sob o n.º 1341

Assento n.º 1262
Kimberly Juliana Baku Schepff
Cédula n.º —
Série —
Documento n.º 1262
Maço n.º —

AVERBAMENTOS:

A46D47B5-73E4013A-C2D2DAF1-F69DDCC6-4DF4C1E6

TRUE CERTIFIED COPY

AUTHENTICATED

1



REPÚBLICA DE ANGOLA
REGISTO CIVIL
7ª CONSERVATÓRIA DO REGISTO CIVIL DE LUANDA

Certificação

É reprodução do Assento de Nascimento n.º 1262, do ano 2009, Livro N.º 8, Folha N.º 25 da 7ª CONSERVATÓRIA DO REGISTO CIVIL DE LUANDA e está conforme o original.

Vai assinada e autenticada com o selo branco em uso nesta Conservatória.

Substitui Certidão de Cópia Integral.

Diário n.º 45346/2012

Data: 22-11-2012 17:32:52

O/A Conservadora Adjunta, Rosa Adriana Rodrigues da Costa

Conta:

| | |
|---|---|
| Emol. | 2.920,00 Kz |
| Artº | |
| C.G.J. | 876,00 Kz |
| Reemb. | 22,00 Kz |
| Selo | 10,00 Kz |
| Total Conta: | 3.828,00 Kz |

São três mil e oitocentos e vinte e oito Kwanza(s).

REPÚBLICA DE ANGOLA
MINISTÉRIO DAS RELAÇÕES EXTERIORES
Certifico e dou fé que este documento é verídico
Departamento Consular do M. R. E.
Luanda, aos 30 de 1 de 20 12
O CHEFE DO DEPARTAMENTO CONSUL

**TRUE CERTIFIED COPY**   **AUTHENTICATED**