UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PAUL DAN SCHEPPF

CIVIL ACTION

VERSUS

NO. 16-575-JWD-EWD

U.S. ATTORNEY GENERAL, TENNESSEE
COALITION TO END DOMESTIC VIOLENCE
AND DIANA ROSE BAKU

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 13, 2018, to which no opposition was filed;

**IT IS ORDERED** that the remaining claims of Plaintiff against Diana Rose Baku, shall be DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a court order under Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that reinstatement of this action within thirty days may be permitted upon a showing of good cause by the Plaintiff.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 28, 2018.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA